IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY G. LITTLEPAGE,

Plaintiff,

    vs.                                Case No. 12-cv-1215-DRH-CJP

COMMISSIONER of SOCIAL SECURITY,

Defendant.

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by Chief Judge David R. Herndon, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Larry G. Littlepage and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

**IT IS SO ORDERED.**

Signed this 5th day of August, 2013.

David R. Herndon
2013.08.05
13:59:15 -05'00'

**Chief Judge**
**United States District Court**